**Order entered March 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00823-CR

### DARIUS LASHAWN WILSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81335-2011**

## ORDER

The Court **REINSTATES** the appeal.

On January 15, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We have now received appellant's motion to dismiss the appeal. Accordingly, we conclude findings are no longer necessary and we **VACATE** the January 15, 2015 order requiring findings. We will dispose of the motion to dismiss the appeal in due course.

/s/    ADA BROWN
        JUSTICE